| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name, Middle initial)<br><br>REASONER, STEPHEN M | 2. Court or Organization<br><br>Eastern District of Arkansas | 3. Date of Report<br><br>5/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>600 West Capitol. Suite 560<br><br>Little Rock, Arkansas 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | American Inns of Court |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED May 17 10 37 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Employed as a psychotherapist |

## IV. REIMBURSEMENTS – transportation, lodging, food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Inns of Court | May 15-18, 2003 - Philadelphia, PA (transportation, meals and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REASONER, STEPHEN M | 5/1/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Retirement Growth Mutual Fund IRA | | None | K | T | | | | | |
| 2. Lieblong & Assoc. IRA: | | | | | | | | | |
| 3. I-Entertainment | | None | J | T | | | | | |
| 4. IRA Money Market (Prudential) | A | Dividend | K | T | | | | | |
| 5. Alliance Growth & Income Fund | A | Dividend | K | T | | | | | |
| 6. IRA Mutual Funds: | | | | | | | | | |
| 7. Fidelity Advisor High Yield Class C | A | Dividend | | | Sell | 08/29 | K | | |
| 8. Liberty Newport Tiger | | None | | | Sell | 08/29 | J | | |
| 9. MFS Research Fund C | | None | | | Sell | 08/29 | J | | |
| 10. MFS Cap.Opport. Fund | | None | J | T | | | | | |
| 11. Van Kampen Emerging Growth | | None | K | T | | | | | |
| 12. Fidelity Advisor Dynamic Capital | | None | K | T | | | | | |
| 13. CDC Nvest AEW Real Estate Fund Class C | A | Dividend | | | Sell | 08/29 | K | | |
| 14. Fidelity Advisor Floating Rate High Inc. Fund Class C | B | Dividend | K | T | | | | | |
| 15. Federal Home Loan Bank | | None | L | T | Buy | 09/12 | K | | |
| 16. Dove Properties | B | Rent | K | R | | | | | |
| 17. Land (Eagle Oil & Gas) - DeRidder, Louisiana | | None | K | W | | | | | |
| 18. ▓▓▓▓ ewelry & coins (bank safe deposit box) | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes:    A  = $1,000 or less    B  = $1,001-$2,500    C  = $2,501-$5,000    D  = $5,001-$15,000    E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    = $More than $50,000,000

3. Value Method Codes    Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market
   (See Column C2)    U  = Book Value    V  = Other    W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REASONER, STEPHEN M | 5/1/2004 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Lieblong & Assoc. Regular Account: | | | | | | | | | |
| 38. MFS Ser.Trust Class C Global Equity | | None | | | Sell | 08/26 | K | | |
| 39. Harris Assoc. Growth & Inc. (See Note 1) | | None | J | T | | | | | |
| 40. Fidelity Advisory Growth Class C | | None | J | T | | | | | |
| 41. Bed, Bath & Beyond | | None | | | Sell | 08/26 | J | C | |
| 42. Bed, Bath & Beyond | | None | | | Sell | 9/12 | K | D | |
| 43. Bed, Bath & Beyond | | None | | | Sell | 10/09 | K | D | |
| 44. CTS Money Market | A | Dividend | L | T | | | | | |
| 45. Federal Home Loan Bank | | | L | T | Buy | 09/12 | L | | |
| 46. Metropolitan National Bank - Little Rock (accounts) | A | Interest | M | T | Inheritance | 12/29 | | | See Note 2 |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REASONER, STEPHEN M | 5/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Name was changed from CDC Nvest Growth & Income Fund Class C.

2. These accounts are CD's which were purchased with proceeds from CD's inherited upon death of ▉▉▉▉ on 10/31/2003.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | REASONER, STEPHEN M | 5/1/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>REASONER, STEPHEN M | Date of Report<br><br>5/1/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/11/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544